AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GLORIA H. WADE,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:08-CV-166-D** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 10, 2009**, AND A COPY MAILED TO:

| | |
|---|---|
| Hugh Dalton Cox, Jr.<br>P.O. Box 154<br>Greenville, NC 27835-3420 | Charlene P. Bellinger-Honig<br>Mary Ellen Russell<br>Rm 617 Altmeyer Bldg.<br>6401 Security Blvd.<br>Baltimore, MD 21235 |

| | |
|---|---|
| *June 10, 2009*<br>Date | **DENNIS IAVARONE**<br>Clerk<br><br>/s/ Susan K. Edwards<br>(By) Deputy Clerk |
| Wilmington, North Carolina | |